**Rivera *v.* State Farm Mutual Automobile Insurance Company, Appellant.**

Argued December 16, 1964. Before ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., and WOODSIDE, J., absent).

*Harry N. Moran, Jr.,* with him *James N. Peck,* for appellant.

*Anthony J. Giangiulio,* with him *Arthur B. Morgenstern,* and *Bean, De Angelis, Tredinnick & Giangiulio,* for appellee.

OPINION PER CURIAM, January 15, 1965:

The judgment of the Court of Common Pleas of Montgomery County is affirmed on the opinion of Judge J. WILLIAM DITTER, JR. for the court below, reported at 34 Pa. D. & C. 2d 797.